ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:   (702) 362-2060

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CUSTOM PAK, INC.<br><br>Plaintiff<br><br>v.<br><br>FIGOTA PRODUCE CO., LLC and JOSE FIGUEROA<br><br>Defendants | CASE NO.:  2:23-cv-00107-CDS-BNW<br><br>**FINAL JUDGMENT**<br><br>**[ECF No. 15]** |

UPON CONSIDERATION of plaintiff Custom Pak, Inc.'s Motion for Entry of Default Judgment, the memorandum in support, the declarations of plaintiff's representative and plaintiff's attorneys and the exhibits annexed thereto, and plaintiff's complaint demonstrating that: plaintiff and defendant Figota Produce Co., LLC ("Figota") are licensed dealers under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499a *et seq.*; plaintiff sold wholesale quantities of produce to Figota for which it has not been paid; defendant Jose Figuero is and was the owner, officer, and/or director of Figota; plaintiff's invoices included the language required by 7 U.S.C. § 499e(c)(4) to preserve its rights under the trust provision of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2); and plaintiff's

-2-

invoices entitle it to interest at the rate of 18% per annum and attorneys' fees and costs in the event of non-payment; and finding that interest, attorneys' fees, and costs are "sums owing in connection with" the produce sales; and it further appearing that defendants failed to plead or otherwise appear in this action; and that defendants are not infants, incompetent persons, or in the military service of the United States,

IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that default judgment is hereby entered in favor of Custom Pak, Inc. and against defendants Figota Produce Co., LLC and Jose Figueroa, jointly and severally, pursuant to the trust provision of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c), in the total amount of $78,953.62.

DATED: July 5, 2023

_____
United States District Judge